# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-17-00496-CV

**Judy Parker; her counsel Koby Wilbanks; Sam M. (Trey) Yates, III;
Mike Day; and the Law Office of Sam M. (Trey) Yates, III, P.C., Appellants**

**v.**

**Barry Parker, Appellee**

### FROM THE 20TH DISTRICT COURT OF MILAM COUNTY
### NO. CV38039, THE HONORABLE JOHN YOUNGBLOOD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants, Judy Parker; her counsel Koby Wilbanks; Sam M. (Trey) Yates, III; Mike Day; and the Law Office of Sam M. (Trey) Yates, III, P.C.; and appellee Barry Parker have filed a joint motion to vacate the trial court's judgments and dismiss this case pursuant to Texas Rule of Appellate Procedure 42.3(e). We grant the joint motion, vacate "all Trial Court Judgments and Orders Granting Sanctions and/or Attorney's Fees and all Findings of Facts and Conclusions of Laws supporting Sanctions and/or Attorney's Fees," and dismiss the case. *See* Tex. R. App. P. 43.2(e).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Vacated and Dismissed

Filed:   May 16, 2018